01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,               )
                                            )
09              Plaintiff,                  )
                                            )   Case No. 07-MJ-334
10      v.                                  )
                                            )
11  JOSE JAMIE VILLANUEVA-VALENCIA,   )   DETENTION ORDER
                                            )
12              Defendant.                  )
    _____ )

13

14  Offense charged:

15      Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

16  Date of Detention Hearing:  July 12, 2007.

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

19      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

20      (1)    Defendant is a citizen of Mexico.

21      (2)    An immigration detainer has been placed on defendant by the United States

22  Immigration and Customs Enforcement.

23      (3)    Defendant has stipulated to detention, due to the immigration detainer lodged

24  against him, but reserves the right to contest his continued detention if there is a change in

25  circumstances.

26

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                                Rev. 1/91
PAGE 1

01   (4)   There appear to be no conditions or combination of conditions other than detention

02   that will reasonably assure the defendant's appearance at future Court hearings.

03   IT IS THEREFORE ORDERED:

04   (1)   Defendant shall be detained pending trial and committed to the custody of the

05   Attorney General for confinement in a correctional facility separate, to the extent

06   practicable, from persons awaiting or serving sentences or being held in custody

07   pending appeal;

08   (2)   Defendant shall be afforded reasonable opportunity for private consultation with

09   counsel;

10   (3)   On order of a court of the United States or on request of an attorney for the

11   government, the person in charge of the corrections facility in which defendant is

12   confined shall deliver the defendant to a United States Marshal for the purpose of

13   an appearance in connection with a court proceeding; and

14   (4)   The Clerk shall direct copies of this Order to counsel for the United States, to

15   counsel for the defendant, to the United States Marshal, and to the United States

16   Pretrial Services Officer.

17

DATED this 12th day of July, 2006.

18

19

*James P. Donohue*

20
JAMES P. DONOHUE
United States Magistrate Judge

21

22

23

24

25

26

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                      Rev. 1/91
PAGE 2